**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBINSON L. LANGILLE and LINDA L. LANGILLE,<br><br>Plaintiffs,<br><br>vs.<br><br>BERTHEL, FISHER & COMPANY FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No.: 2:19-cv-00454-KJM-AC<br><br>**ORDER STAYING CASE** |

In accordance with the Joint Stipulation submitted by the parties, the Court hereby orders as follows:

1. All discovery and deadlines in this case are hereby stayed pending final settlement and dismissal of this matter.

2. By no later than May 4, 2021, the parties shall submit either a stipulation for dismissal of the claims or, if settlement is not complete, a status update informing the Court as to the status of settlement and, if necessary, a proposal for the recommencement of litigation in this matter.

3. Any party may seek to dissolve this stay by informing the Court that settlement efforts have failed and requesting that litigation recommence.

4. The Court retains jurisdiction to enter such additional and further relief or directives as necessary to bring about the timely resolution of this dispute.

IT IS SO ORDERED.

DATED: December 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE